602

373 A.2d 1132

Commonwealth v. Ogden, Appellant.

Sub-
mitted September 13, 1976. John Krisa, Assistant Public
Defender, for appellant; Anthony J. Popeck, Assistant Dis-
trict Attorney, and Paul R. Mazzoni, District Attorney, for
Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1132

Commonwealth v. One 1972 Ford Ranchero Truck.

Argued March 14, 1977. John R. Gailey, Jr., with him
Gailey & Fitzkee, for appellant; Floyd P. Jones, Assistant
District Attorney, with him Donald L. Reihart, District
Attorney, for Commonwealth, appellee.

Order affirmed.